**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                   Case No. 3:09cv397/MCR/MD

**FOURTEEN VARIOUS FIREARMS,**

    **Defendant.**
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1. On September 4, 2009, the United States filed a Civil Complaint against Fourteen Various Firearms, seeking forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) which it later amended on October 22, 2009;

2. On September 9, 2009 and November 16, 2009, the United States caused to be published a Notice of Forfeiture on www.forfeiture.gov of the intent of the United States to the property in accordance with Title 18, United States Code, Section 924(d)(1), and further notifying all third parties of their right to petition the Court within sixty (60) days fo the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

3. The United States also served actual notice of the existence of the instant forfeiture action on Henry Hale, Todd Hinman, and Joshua Collins.

4. No claims or petitions have been filed for the property described in the Complaint, and the time for filing petitions has now expired.

5. The facts set on in the affidavit filed by the United States demonstrates sufficient grounds for forfeiture.

**IT IS HEREBY ORDERED, and ADJUDGED;**

1. That no person or entity has established that they have any legal right, title or interest in said currency.

2. That the property subject to forfeiture in this Order is as follows:

   a) Mossberg Shotgun, Model 500 AG, Serial Number J176510
   b) Hunter Arms 12 Gauge Shotgun, Model LC Smith, Serial Number 176915
   c) Harrington & Richardson 20 Gauge Shotgun, Model Topper Buck 162, Serial Number AU592044
   d) Savage 12 Gauge Shotgun, Model 94, Serial Number P973948
   e) Savage 12 Gauge Shotgun, Model Stevens, Serial Number AEGQ
   f) Savage 20 Gauge Shotgun, Model 94H, Serial Number A061385
   g) Norinco SKS 7.62 Rifle, Serial Number 1603183
   h) Norinco SKS 7.62 Rifle, Serial Number 27027944J
   I) Remington .22 Caliber Rifle, Model Fieldmaster 121, serial Number 137175
   j) Savage 12 Gauge Shotgun, Model 1240
   k) Taurus .40 Caliber Pistol, Model PT 140, Serial Number SAY 11601
   l) Colt .45 Caliber Pistol, Model PT 140, Serial Number 1009
   m) Browning .22 Caliber Pistol, Model Buck Mark, Serial Number 515MV08263
   n) Fabrica Armi .22 Caliber Revolver, Model 1960
   0) Tactical load bearing vests;
   p) Firearm cases and sleeves;
   q) Firearm holsters;
   r) Firearm magazines;
   s) Firearm boxes; and
   t) Four thousand and eighty nine (4089) rounds of ammunition.

3. That all rights, title and interests to all the hereinafter described property is hereby condemned, forfeited, and vested in the United States of America.

IT IS SO ORDERED this 21st day of January, 2010.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**